STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v.
SAMUEL LEE CLARK, DEFENDANT-RESPONDENT.

Argued October 22, 1974—Decided January 21, 1975.

*Mr. Howard Allen Cohen* argued the cause for appellant
(*Mr. William F. Hyland,* Attorney General of New Jer-
sey, attorney; *Mr. Cohen,* of counsel and on the brief).

*Mr. E. Carl Broege* argued the cause for respondent (*Mr.
Stanley Van Ness,* Public Defender, attorney; *Mr. Broege,*
of counsel).

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed by the Appellate Division, 128 *N. J.
Super.* 120.

HUGHES, C. J. (dissenting). I respectfully dissent from
the majority view and would reverse the Appellate Division
and reinstate the judgment of conviction below.

The reference to the polygraph test by the State witness
was inadvertent and unintended, and no question of pros-
ecutorial purpose in its disclosure was involved; the quan-
tum of evidence of guilt, in my opinion, was more than suf-
ficient to uphold the jury's verdict, and I see in the case no
prejudicial error and no plain error. *R.* 2:10–2. The sen-
tence, in the circumstances of the case, was not excessive.

Justice HALL has authorized me to say that he joins me
in this opinion.

*For affirmance*—Justices JACOBS, MOUNTAIN, SULLIVAN,
PASHMAN and CLIFFORD—5.

*For reversal*—Chief Justice HUGHES and Justice HALL—2.